IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH A. JAFFE; RONALD GRAZIANO, SR., <br>                 Plaintiffs <br><br> vs. <br><br> FEDERAL BUREAU OF PRISONS; WARDEN JOHN NASH, Warden of the Federal Correction Institution at Fort Dix, New Jersey, <br>                 Defendants | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05-1153 <br> ) Judge Donetta W. Ambrose/ <br> ) Magistrate Judge Amy Reynolds Hay <br> ) <br> ) <br> ) <br> ) |

AND NOW, this 13th day of Jan, 2006, after the plaintiffs, Joseph A. Jaffe and Ronald Graziano, Sr., filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

      IT IS ORDERED that the class action complaint is dismissed without prejudice to plaintiffs' ability to file individual complaints against the defendants;

      IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the plaintiffs desire to appeal from this Order they must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

                                                            _/s/ Donetta W. Ambrose_
                                                             DONETTA W. AMBROSE
                                                             Chief United States District Judge

cc:   Honorable Amy Reynolds Hay
      United States Magistrate Judge

      Joseph A. Jaffe
      144 Conover Road
      Pittsburgh, PA 15208

      Ronald Graziano, Sr.
      FCI Elkton
      P.O. Box 10
      Lisbon, OH 44432